USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ORTIZ,**<br><br>                                         Petitioner,<br><br>             -against-<br><br>**DECKER, ET AL.,**<br><br>                                         Respondents. | **22-cv-03429 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Respondents' letter concerning the above-captioned matter. ECF No. 31. Petitioner is hereby **ORDERED** to file a letter response on or before **January 18, 2023**.

**SO ORDERED.**

Dated:     January 10, 2023
               New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**